IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **EARNEST E. WARHURST, JR.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 14-00245-KD-N** |
| | ) | |
| **ONE TWENTY FOOT BERTRAN,** | ) | |
| **1969 Model Year, bearing Alabama** | ) | |
| **Registration No. AL8238LM, her engines,** | ) | |
| **tackle, equipment, appurtenances, and** | ) | |
| **attached travel trailer, etc.,** *in rem*, **and** | ) | |
| **DAVID L. JONES,** *in personam*, | ) | |
| **Defendants.** | ) | |

**ORDER FOR WARRANT OF ARREST**

This action is before the Court on the Plaintiff's "Motion for Order to Arrest Vessel" (Doc. 1-2) relating to the defendant vessel ONE TWENTY FOOT BERTRAN, 1969 Model Year, bearing Alabama Registration No. AL8238LM, her engines, tackle, equipment, appurtenances, and attached travel trailer, etc. ("the Vessel").  After careful consideration of the Plaintiff's motion (Doc. 1-2) and the Verified Complaint (Doc. 1), it appears to the Court that the conditions exist for the issuance of a warrant of arrest, pursuant to Rules C(3) and D of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.  Thus, the Court finds that the Plaintiff is entitled to an order directing the Clerk of Court to issue a warrant of arrest for the Vessel.

Accordingly, it is **ORDERED** that the Plaintiff's motion (Doc. 1-2) is **GRANTED** as to the issuance of a warrant.  The Clerk of Court is **DIRECTED** to issue a Warrant of Arrest for the Vessel.

**DONE** and **ORDERED** this the **5**th day of **June 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**